**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DE LAGE LANDEN FINANCIAL SERVICES, INC. | : | CIVIL ACTION |
| v. | : | |
| RASA FLOORS, LP | : | NO. 08-533 |
| v. | : | |
| 3COM CORPORATION, AND CAPITAL 4, INC. | : | |

| | | |
|---|---|---|
| DE LAGE LANDEN FINANCIAL SERVICES, INC. | : | CIVIL ACTION |
| v. | : | |
| VIEWPOINT COMPUTER ANIMATION, INC. | : | NO. 08-534 |
| v. | : | |
| 3COM CORPORATION, AND CAPITAL 4, INC. | : | |
| v. | : | |
| NORTH CENTRAL COMMUNICATIONS CORP. | : | |

## **ORDER**

AND NOW, this 20th day of August, 2010, for the reasons set forth in the foregoing memorandum, it is hereby ORDERED that Defendants' Second Amended Motion Under Rule 23 for Class Certification (Doc. No. 109 in the DLL v. Viewpoint case (Civ. Docket. No. 08-534); Doc No. 120 in the DLL v. Rasa case (Civ. Docket. No. 08-533)) is DENIED.

With respect to scheduling:

a) Plaintiff shall serve any expert reports by September 20, 2010;

b) Any responsive expert reports shall be filed by October 20, 2010;

c) Any expert discovery shall be completed by November 15, 2010;

d) Dispositive motions shall be filed by December 15, 2010.

BY THE COURT:

/s/ Michael M. Baylson

Michael M. Baylson, U.S.D.J.

A:\DLL v. Viewpoint, DLL v. Rasa - Order re Mot for Class Cert.wpd