IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DE LAGE LANDEN FINANCIAL SERVICES, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| RASA FLOORS, LP | : | NO. 08-533 |

| | | |
|---|---|---|
| DE LAGE LANDEN FINANCIAL SERVICES, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| VIEWPOINT COMPUTER ANIMATION, INC., et al. | : | NO. 08-534 |

**ORDER REGARDING DAMAGES, AWARDING PRINCIPAL AND INTEREST AND PROCEDURES CONCERNING ATTORNEY FEES AND COSTS**

AND NOW, this 15th day of August , 2011, upon consideration of the submissions regarding damages offered by Plaintiff, De Lage Landen Financial Services, Inc. ("DLL"), Defendants Rasa Floors & Carpet Cleaning, LLC f/k/a Rasa Floors, LP ("Rasa Floors"), Viewpoint Computer Animation, Inc. ("Viewpoint") and North-central Communications Corp. ("NCC") (collectively, "Defendants") and Third-Party Defendant Hewlett-Packard Company("HP"), and for the reasons stated in the foregoing Memorandum, it is hereby ORDERED as follows:

    1.    Damages for principal and interest as of the date of Judgment, June 24, 2011, are assessed in favor of DLL and against Defendants in the following amounts:

        (a)    Rasa Floors: principal - $107,661.78; interest - $65,039.52.

        (b)    Viewpoint: principal - $95,308.15; interest - $57,576.57.

        (c)    NCC: principal - $52,786.74; interest - $32,253.42.

2. DLL shall submit a form of money judgment for the Court to enter.

3. Defendants' shall be liable for post-judgment interest on these amounts.

4. DLL may also recover, as an element of its contract damages, reasonable attorneys' fees and expenses, including fees and expenses incurred in connection with Defendants' counterclaims and the class certification proceedings.

5. Within 14 days of this Order, DLL shall provide counsel for the Defendants and HP further information, as appropriate or requested, concerning the attorneys' fees and expenses that DLL seeks to recover as a component of its damages. DLL is permitted to redact such records to the extent that the descriptions would reveal confidential communications or the strategy or mental impressions of DLL's attorneys.

6. The parties shall promptly discuss and attempt to resolve any disputes. In the absence of resolution, by September 16, 2011, Defendant and HP, separately or jointly, shall file a brief with:

    (1) Contentions as to the amount of attorneys fees and costs which should be awarded.

    (2) Contentions as to how any dispute shall be resolved.

7. Plaintiff shall file its response by September 23, 2011.

BY THE COURT:

Date: 08/15/2011          /s/ Michael M. Baylson
Michael M. Baylson, U.S.D.J.

A:\DeLage Rasa Viewpoint Order Regarding Damages, P&I, Fees.wpd